IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 16 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

WILLIAM McGREW                                                          PLAINTIFF

vs.                                              Civil Action No.: 3:17-cv-482 TSL-LRA

WOODLANDS REHABILITATION AND
HEALTHCARE CENTER, LLC and
UNKNOWN DEFENDANTS 1-10                                                 DEFENDANTS

## NOTICE OF REMOVAL

COMES NOW, Defendant WOODLANDS REHABILITATION AND HEALTHCARE CENTER, LLC, , by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and appears for the purpose of presenting this Notice of Removal of the cause described below from the Circuit Court of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division, and states:

1. The above-styled action was originally commenced by Plaintiff WILLIAM McGREW, on or about September 26, 2016, by the filing of a Complaint in the Circuit Court of Hinds County, Mississippi, styled "WILLIAM McGREW v. WOODLANDS REHABILITATION AND HEALTHCARE CENTER, LLC formerly known as TRINITY MISSION HEALTH AND REHAB OF CLINTON, LLC doing business as TRINITY MISSION HEALTH AND REHAB OF CLINTION and UNKNOWN DEFENDANTS 1-10; In the Circuit Court of Hinds County, Mississippi, First Judicial District", bearing Cause No. 2016-0547.

2. This Court has jurisdiction over this matter, and this matter is properly removed to this Court, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

3. The United States District Court for the Southern District of Mississippi, Northern Division, is the proper venue for this matter since the matter is removed from the Circuit Court of Hinds County, Mississippi.

4. This removal sought by Defendant is occurring less than one (1) year after Plaintiff's original commencement of his action so as to be timely within the provisions of 28 U.S.C. § 1446.

## DIVERSITY OF CITIZENSHIP AND JURISDICTION

5. This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, since the proper parties to this matter are of entirely diverse citizenship.

6. Plaintiff is an adult resident citizen of Hinds County, Mississippi.

7. Defendant WOODLANDS REHABILITATION AND HEALTHCARE CENTER, LLC, is a Delaware limited liability company which conducts business at 102 Woodchase Park Drive, Clinton, Mississippi 39056. The sole relevant member for purposes of establishing subject matter jurisdiction of WOODLANDS REHABILITATION AND HEALTHCARE CENTER, LLC, through all additional layers, is a corporation which was incorporated in Delaware and has its principal place of business in Tennessee.

8. Accordingly, this civil action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 since it is a civil action between citizens of different states with the amount in controversy in excess of $75,000.00, exclusive of costs and

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
215 SOUTH MONROE STREET, SUITE 600, TALLAHASSEE, FLORIDA 32301 ♦ TEL: (850) 412-1042

interest, and this action is thereby removed to this Court pursuant to 28 U.S.C. § 1441.

9. A copy of all pleadings previously filed in the Circuit Court of Hinds County, Mississippi, and served upon the removing Defendant are attached hereto as **Composite Exhibit "A"** to this pleading.

10. Pursuant to 28 U.S.C. § 1446, Plaintiff through counsel, is being provided with a copy of this Notice of Removal, and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Hinds County, Mississippi.

11. Pursuant to this removal and the clear provisions of 28 U.S.C. § 1446, there should be no further proceedings in the Circuit Court of Hinds County, Mississippi.

WHEREFORE, the above premises considered, Defendant WOODLANDS REHABILITATION AND HEALTHCARE CENTER, LLC, requests that this Court properly assume full jurisdiction over this matter as provided by law.

Respectfully submitted, this 16th day of June, 2017.

QUINTAIROS, PRIETO, WOOD & BOYER, P. A.
Attorneys for Defendant, *Woodlands Rehabilitation and Healthcare Center, LLC*

_____
WILLIAM E. GRUBBS (MSB #100049)
ANDREW S. BULLOCK (MSB #105101)
215 South Monroe Street, Suite 600
Tallahassee, Florida 32301
Tel: (850) 412-1042
Fax: (850) 412-1043
Email: wgrubbs@qpwblaw.com
andrew.bullock@qpwblaw.com

3

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
215 SOUTH MONROE STREET, SUITE 600, TALLAHASSEE, FLORIDA 32301 ♦ TEL: (850) 412-1042

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, the undersigned attorney for Defendant, Woodlands Rehabilitation and Healthcare Center, LLC, that I have served a true and correct copy of the above and foregoing *Notice of Removal* via the Mississippi Electronic Courts (MEC) filing system to: GILL, LADNER & PRIEST, PLLC, **James M. Priest, Jr., Esq.**, 344 Highway 51, Second Floor, Ridgeland, Mississippi 39157, this 16th day of June, 2017.

_____
ANDREW S. BULLOCK (MSB #105101)

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
215 SOUTH MONROE STREET, SUITE 600, TALLAHASSEE, FLORIDA 32301 ♦ TEL: (850) 412-1042